# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re: )
)
**JEFFREY LYNN JONES,** )
**KATHY SUE JONES,** )
                      Debtors. )        Case No. 08-21768-RDB-7

## REPORT OF SMALL DIVIDENDS IN CHAPTER 7
## PURSUANT TO LOCAL RULE 3010, SEC. 347 U.S. BANKRUPTCY CODE

Pursuant to Local Rule 3010, no dividend in an amount less than $5.00 shall be distributed by the Trustee to any creditor unless authorized by local rule or order of the Court. Any such dividend not distributed to a creditor shall be treated in the same manner as unclaimed funds as provided in Sec. 347 of the Code.

A check has been submitted by U.S. Regular, First-Class Mail made payable to the Clerk of the United States Bankruptcy Court, for deposit into the *Clerk's Registry Account* as unclaimed funds, representing the following small dividends under $5.00:

| Claim # | Creditor Name & Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| 10 | Recovery Management Systems Corp.<br>for GE Money Bank<br>dba JCPenney Credit Services<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $ 190.81 | $ 2.59 |

*Respectfully Submitted:*

**GRIMES & REBEIN, L.C.**

By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
15301 W. 87th Street Parkway, Ste 200
Lenexa, KS 66219
(913) 888-4800 - telephone
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**Union Bank**

445 South Figueroa Street, G08-070 / Los Angeles, California 90071

**CHECK NUMBER**
112

Steven R. Rebein, Trustee
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS 66219

Claim 000010, Payment 1.35737%
Recovery Management Systems Corporation
For GE Money Bank
dba JCPenney Credit Services

**DATE** 04/11/10

**AMOUNT** $***********2.59

| CASE NUMBER | DEBTOR |
|---|---|
| 08-21768   RDB | JONES, JEFFREY LYNN<br>JONES, KATHY SUE |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

*Two Dollars And 59/100*

Void After 90 Days

⑈000112⑈ ⑆122000496⑆ 213124495 2⑈